FILED

2020 Feb-14  AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN SMITH,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  7:19-CV-01197-RDP** |
| | } | |
| **AREA PROPERTIES LLC.,** | } | |
| | } | |
| **Defendant.** | } | |

### ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal With Prejudice (Doc. # 14), filed February 13, 2020, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this February 13, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE